IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01723-MSK-CBS

LARIVIERE, GRUBMAN & PAYNE, LLP,

        Plaintiff,

v.

EDWARD H. PHILLIPS, an individual;
JOHN C. HERMAN, individually and as a partner of Duane Morris, LLP;
ALLEN L. GREENBERG, individually and as partner of Duane Morris, LLP;
DUANE MORRIS, LLP, a limited liability partnership;
M. SHANE EDGINGTON, individually and as member of Hensley, Kim & Edgington, LLC;
HENSLEY, KIM & EDGINGTON, LLC, a Colorado limited liability company,

        Defendants.

## ORDER REGARDING COMPLIANCE WITH RULES

**THIS MATTER** comes before the Court on Plaintiff's Motion for Reconsideration of Order of Transfer (Motion) **(#43)** filed November 8, 2007. The Plaintiff has not sufficiently complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

DATED this 9th day of November, 2007.

        **BY THE COURT:**

        *Marcia S. Krieger*

Marcia S. Krieger
United States District Judge