## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 07-cv-01723-MSK-CBS

LARIVIERE, GRUBMAN & PAYNE, LLP,

       Plaintiff,

v.

EDWARD H. PHILLIPS, an individual;
JOHN C. HERMAN, individually and as a partner of Duane Morris, LLP;
ALLEN L. GREENBERG, individually and as partner of Duane Morris, LLP;
DUANE MORRIS, LLP, a limited liability partnership;
M. SHANE EDGINGTON, individually and as member of Hensley, Kim & Edgington, LLC;
HENSLEY, KIM & EDGINGTON, LLC, a Colorado limited liability company,

       Defendants.

_____

## ORDER
_____

This case is before me on "Plaintiff's Motion for Reconsideration of Order of Transfer" (Doc 45) filed November 9, 2007. The motion seeks reconsideration of my order transferring the above-captioned matter to the Honorable Marcia S. Krieger. That order was entered on October 30, 2007 (Doc 37).

The above-captioned matter arises out of Case No. 97-cv-212-MSK-CBS. Judge Krieger is intimately familiar with the issues in that case as well as this one.

The sum and substance of Plaintiff's motion is: "Transfer of this case to Judge Krieger will place her in the position of reviewing her own rulings and orders for reversible error, giving an appearance of partiality to this review." This argument is without merit. It assumes wrongly that Judge Krieger lacks the ability to neutrally and impartially rule

upon issues that come before her.  Judges routinely review their own orders as I am doing here.   The motion also speculates that Judge Krieger issues rulings motivated by avoidance of reversal on appeal.  No basis exists for such speculation.

Moreover, the transfer was made in accord with D.C.COLO.LCivR 40.1(A) with the specific consent of Judge Krieger and the approval of Chief Judge Edward W. Nottingham.

Accordingly

IT IS ORDERED that the "Plaintiff's Motion for Reconsideration of Order of Transfer" (Doc 45) is DENIED.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   November 13, 2007