IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01723-MSK-CBS

LARIVIERE, GRUBMAN & PAYNE, LLP,

    Plaintiff,

v.

EDWARD H. PHILLIPS, an individual;
JOHN C. HERMAN, individually and as a partner of Duane Morris, LLP;
ALLEN L. GREENBERG, individually and as partner of Duane Morris, LLP;
DUANE MORRIS, LLP, a limited liability partnership;
M. SHANE EDGINGTON, individually and as member of Hensley, Kim & Edgington, LLC;
HENSLEY, KIM & EDGINGTON, LLC, a Colorado limited liability company,

    Defendants.

## ORDER OF RECUSAL

THIS MATTER comes before the Court on Plaintiff's Renewed Motion for Recusal (Motion) **(#84)**. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 22nd day of October, 2008.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge