IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| Civil Action: 07-cv-01723-WYD-CBS | FTR - Reporter Deck-Courtroom A402 |
|---|---|
| Date: February 18, 2009 | Courtroom Deputy: Ginny Kramer |

*Parties:*  *Counsel:*

LaRIVIERE, GRUBMAN & PAYNE LLP,   Herbert Delap
                                  Chris Baumgartner
    Plaintiff,                Miles Buckingham

v.

EDWARD H. PHILLIPS,               Mark Saliman
*an individual,*                  Shelley Don
JOHN C. HERMAN,                   B. Lawrence Theis
*individually and as a partner of other*  James Phillips
Duane Morris, LLP,                Francine Mugge
    Defendants.              Michael Hutchinson

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**

**Court in Session: 1:25 p.m.**

Court calls case. Appearances of counsel.

The Court and counsel discuss pending motions.

Argument to the Court by Mr. Delap for the plaintiff, as to the plaintiff's Motion for Order [#71].

Argument to the Court by Mr. Don for the defendant, Edward H. Phillips, as to the plaintiff's Motion for Order [#71].

Discussion as to the HKE defendants Motion for Protective Order [#101].

Statements to the Court by Mr. Hutchinson.

Statements to the Court by Mr. Buckingham.

Statements to the Court by Mr. Theis.

**It was ORDERED**:

    1.    That the Plaintiff's Motion for Order to *Preserve Registry Funds* [#71] filed September 26, 2008, is **taken under advisement.**

    2.    That the Defendant's Motion for Protective Order [#101] filed January 7, 2009, is **GRANTED,** the HKE defendants shall submit a new protective order as stated on the record within five (5) business days.

HEARING CONCLUDED.

**Court in recess: 2:59 p.m.**
Total time in court:    01:34

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.