IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 07-cv-01723-WYD-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: March 6, 2009 | Courtroom Deputy: Ginny Kramer / Linda Kahoe |

*Parties:*  *Counsel:*

LaRIVIERE, GRUBMAN & PAYNE, LLP,

    Plaintiff,

Chris Baumgartner
Miles Buckingham

v.

EDWARD H. PHILLIPS, et al.,        Mark Saliman
*an individual, et al.,*                  Shelley Don
                                        Michael Hutchinson

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** TELEPHONIC MOTION HEARING

**Court in Session:** 8:26 a.m.

Court calls case. Appearances of counsel.

The Court and counsel discuss the defendant Edward Phillips's Motion to Amend/Correct/Modify [#123] filed February 27, 2009.

Statements to the Court by Mr. Don.

**It was ORDERED**:

    1.    That defendant Edward H. Phillips Motion to Amend/Correct/Modify Protective

Order and *Withdraw Acceptance of Protective Order Pending Review of Transcript of the Feb.18, 2009, Hearing* [#123] filed February 27, 2009, is **granted** as stated on the record.

HEARING CONCLUDED.

**Court in recess**: **8:46 a.m.**
Total time in court:     00:20

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.