IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01723-WYD-CBS

LARIVIERE, GRUBMAN & PAYNE, LLP,

 Plaintiff,

v.

EDWARD H. PHILLIPS, an individual;
JOHN C. HERMAN, individually and as a partner of Duane Morris, LLP;
ALLEN L. GREENBERG, individually and as a partner of Duane Morris, LLP;
M. SHANE EDGINGTON, individually and as a member of Hensley, Kim &
 Edgington, LLC;
HENSLEY, KIM & EDGINGTON, LLC, a Colorado limited liability company,
OTHER JOHN DOE ENTITIES 1 THROUGH 10, all whose true names are unknown,

 Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 The Unopposed Motion for Leave to File Sur-Reply in Opposition to Motion to Reconsider Dismissal of Plaintiff's Conversion Claim (Doc. # 184) is **GRANTED**. Defendants Duane Morris, LLP, Allen L. Greenberg and John C. Herman are permitted to file the Sur-Reply, attached as Exhibit A to the motion, which shall be filed as a separate document.

 Dated:  May 15, 2009.