IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01723-WYD-CBS

LARIVIERE, GRUBMAN & PAYNE, LLP,
a California limited liability partnership,

    Plaintiff,

v.

EDWARD H. PHILLIPS, an individual;
JOHN C. HERMAN, individually and as a partner of Duane Morris, LLP;
ALLEN L. GREENBERG, individually and as a partner of Duane Morris, LLP;
DUANE MORRIS, LLP, a limited liability partnership;
M. SHANE EDGINGTON, individually and as a member of Hensley, Kim & Edgington, LLC; and
HENSLEY, KIM & EDGINGTON, LLC, a Colorado limited liability company,

    Defendants,

and

EDWARD H. PHILLIPS,

    Counterclaim Plaintiff,

v.

LARIVIERE, GRUBMAN & PAYNE, LLP,
a California limited liability partnership,

    Counterclaim Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Edward H. Phillips' Second Motion for Enlargement of Time to Submit Response to LGP's Motion to Strike Response of Edward Phillips to HKE's Motion for Protective Order (*doc. #138*) is GRANTED, *nuc pro tunc,* to March 30, 2009.

    IT IS FURTHER ORDERED that HKE Defendant's Motion to Amend Protective Order (*doc. #194)* is GRANTED.  The court will enter an Amended Superceding Protective Order incorporating the

changes proposed in the motion.  Parties are reminded of their obligation to comply with all provisions of D.C.COLOL.CIVR. 7.2, and particularly those provisions dealing with filing documents under seal.

IT IS FURTHER ORDERED that Plaintiff's Unopposed Motion for Enlargement of Time to Designate Experts (*doc. #221)*.  The deadline for affirmative expert disclosures is extended to **June 19, 2009**.

IT IS FURTHER ORDERED that Defendant / Counterclaimant Phillips' Motion to Modify Section 8(d)(3) of the Scheduling Order and Joinder in LGP's Motion for Enlargement of Time to Designate Experts (*doc. #224)* is GRANTED.  The deadline for affirmative expert disclosures is extended to **June 19, 2009**.

***Parties are advised that they should NOT file separate motions when joining a previously filed motion.  Please contact the ECF help desk for additional assistance when filing a "Joinder" (303.335.2050).***

IT IS FURTHER ORDERED that any responses to LGP's Motion to Amend Complaint (*doc. #223)* are due on or before **July 2, 2009**.  No replies will be filed absent leave of court.  Parties should be prepared to address this issue during the hearing set for July 27th.

**DATED:**         June 16, 2009