IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01723-WYD-CBS

LARIVIERE, GRUBMAN & PAYNE, LLP,

      Plaintiff,

v.

EDWARD H. PHILLIPS, an individual;
JOHN C. HERMAN, individually and as a partner of Duane Morris, LLP;
ALLEN L. GREENBERG, individually and as a partner of Duane Morris, LLP;
M. SHANE EDGINGTON, individually and as a member of Hensley, Kim &
    Edgington, LLC;
HENSLEY, KIM & EDGINGTON, LLC, a Colorado limited liability company,
OTHER JOHN DOE ENTITIES 1 THROUGH 10, all whose true names are unknown,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Defendant/Counter Claimant Edward H. Phillips' Motion to Dismiss Without Prejudice Pursuant to Federal Rules of Civil Procedure 12(b)(7) and 19 for Failure to Join a Required Party, and for an Oral Argument and Forthwith Hearing (Doc. # 232) is **STRICKEN**.  The motion exceeds the page limitations as stated in my Practice Standards, and Defendant did not seek leave to file a motion in excess of the page limitations.

      Dated:  July 1, 2009.