IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01723-WYD-CBS

LARIVIERE, GRUBMAN & PAYNE, LLP, a California limited liability partnership,

   Plaintiff,

v.

EDWARD H. PHILLIPS, an individual;
JOHN C. HERMAN, individually and as a partner of Duane Morris, LLP;
ALLEN L. GREENBERG, individually and as a partner of Duane Morris, LLP;
DUANE MORRIS, LLP, a limited liability partnership;
M. SHANE EDGINGTON, individually and as a member of Hensley, Kim &
   Edgington, LLC;
HENSLEY, KIM & EDGINGTON, LLC, a Colorado limited liability company,

   Defendants.

and

EDWARD H. PHILLIPS,

   Counterclaimant

v.

LARIVIERE, GRUBMAN & PAYNE, LLP, a California limited liability partnership,

   Counterclaim Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

   In light of the Amended Complaint filed July 28, 2009, the Motion for Judgment on the Pleadings (Doc. # 115) which addressed the original Complaint is **DENIED WITHOUT PREJUDICE**.  Defendants may, if they wish, file a new motion for judgment on the pleadings if they deem it appropriate as to the Amended Complaint.  If such a motion is filed, Defendants may incorporate arguments in the Motion for Judgment on

the Pleadings that is the subject of this Minute Order if Defendants believe that this will save time and/or resources.

Dated:  July 30, 2009.