**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-01723-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: August 7, 2009** | **Courtroom Deputy:** Cathy Coomes |

| | |
|---|---|
| LARIVIERE, GRUBMAN & PAYNE, LLP, | Miles Buckingham |
| | Daniel McCune |
| Plaintiff, | |
| v. | |
| EDWARD H. PHILLIPS, | Mark Saliman |
| | Shelley B. Don |
| JOHN C. HERMAN, | J. P. Phillips |
| ALLEN L. GREENBERG, | |
| DUANE MORRIS, LLP, | |
| M. SHANE EDGINGTON, and | Michael Hutchinson |
| HENSLEY, KIM & EDGINGTON, LLC, | |
| Defendants. | |
| EDWARD H. PHILLIPS, | Mark Saliman |
| | Shelley B. Don |
| Counter Claimant, | |
| v. | |
| LARIVIERE, GRUBMAN & PAYNE, LLP, | Daniel McCune |
| | Miles Buckingham |
| Counter Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC HEARING:   DISCOVERY CONFERENCE**
**Court in Session:**    2:03 p.m.
Court calls case.  Appearances of counsel by telephone.  Also present by telephone: John Wasserman.  Mr. Wasserman states that he has been retained in the bankruptcy matter involving Edward Phillips.

Discussion and argument regarding the Defendant/Counter Claimant Edward H. Phillips' Motion for Protective Order (Doc. #269, filed 8/7/09) and the deposition of Edward H. Phillips, which is set for August 10, 2009.

**ORDERED:**   After carefully considering the Federal Rules of Civil Procedure and the arguments raised by counsel, Defendant/Counter Claimant Edward H. Phillips' Motion for Protective Order (Doc. #269, filed 8/7/09) is GRANTED in part and DENIED in part.  The court will allow the deposition of Edward H. Phillips to go forward as scheduled on August 10, 2009; **however, the court will <u>preclude</u> any party from conducting any inquiry during the deposition that relates to the ownership of the patent in question; relates to proceedings in the bankruptcy case; or relates to prior filings by Mr. Phillips, either directly or by someone on his behalf, in the bankruptcy case.**

HEARING CONCLUDED.

**Court in recess:**       **2:51 p.m.**
Total time in court:    00:48

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.