IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01723-WYD-CBS

LARIVIERE, GRUBMAN & PAYNE, LLP, a California limited liability partnership,

    Plaintiff,

v.

EDWARD H. PHILLIPS, an individual;
JOHN C. HERMAN, individually and as a partner of Duane Morris, LLP;
ALLEN L. GREENBERG, individually and as a partner of Duane Morris, LLP;
DUANE MORRIS, LLP, a limited liability partnership;
M. SHANE EDGINGTON, individually and as a member of Hensley, Kim &
    Edgington, LLC;
HENSLEY, KIM & EDGINGTON, LLC, a Colorado limited liability company,

    Defendants.

and

EDWARD H. PHILLIPS,

    Counterclaimant

v.

LARIVIERE, GRUBMAN & PAYNE, LLP, a California limited liability partnership,

    Counterclaim Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on Edward H. Phillips' [hereinafter "Phillips"] Motion for Leave to File Motion to Dismiss in Excess of Page Limitation Pursuant to the Court's Practice Standard II.C.2. (filed July 15, 2009, Doc. # 252).  A response in opposition to the motion was filed on August 7, 2009.

    Phillips' motion seeks to file a 70 page motion to dismiss, which motion was previously filed and then stricken by the Court because Phillips did not seek permission

to file a brief exceeding the page limits set by the Court.  This motion is **GRANTED IN PART AND DENIED IN PART**.  It is **DENIED** as to the request to file a 70 page motion, but **GRANTED** insofar as it seeks generally to exceed the page limitations imposed in my Practice Standards.

More specifically, to the extent Phillips seeks leave to exceed the page limitations in my Practice Standards by refiling his stricken 70 page motion to dismiss (Doc. # 232), this request is denied.  As Plaintiff LaRiviere, Grubman & Payne, LLP notes, this motion was excessively long and contains unnecessary prefatory or repetitive arguments.  Instead, I will grant leave for Phillips to exceed the page limitations by filing a motion to dismiss no longer than 35 pages, which I deem more than adequate for a motion to dismiss filed pursuant to Fed. R. Civ. P. 12(b)(7) and 19 for failure to join a required party.

Dated:  August 10, 2009.