IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01723-WYD-CBS

LARIVIERE, GRUBMAN & PAYNE, LLP, a California limited liability partnership,

    Plaintiff,

v.

EDWARD H. PHILLIPS, an individual;
JOHN C. HERMAN, individually and as a partner of Duane Morris, LLP;
ALLEN L. GREENBERG, individually and as a partner of Duane Morris, LLP;
DUANE MORRIS, LLP, a limited liability partnership;
M. SHANE EDGINGTON, individually and as a member of Hensley, Kim & Edgington, LLC;
HENSLEY, KIM & EDGINGTON, LLC, a Colorado limited liability company,

    Defendants.

and

EDWARD H. PHILLIPS,

    Counterclaimant

v.

LARIVIERE, GRUBMAN & PAYNE, LLP, a California limited liability partnership,

    Counterclaim Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    LGP's Motion for Leave to File Motion for Summary Judgment on Phillips' Counterclaims in Excess of Page Limitations and for Leave to File Exhibits to the Proposed Motion on Disc or on Paper (doc. # 319) is **GRANTED**.  Defendant LaRiviere, Grubman & Payne, LLP ("LGP") is granted leave to file a motion for summary judgment which exceeds the page length set out in this Court's Practice Standards by 15 pages.

Additionally, LGP is additionally granted leave to file the exhibits to the motion in paper format and in compact disc formats. Specifically,

(a) Within 3 days of the entry of this Order, LGP is directed to electronically file the motion for summary judgment with no exhibits;

(b) On the same business day that LGP's summary judgment motion is electronically filed, LGP is to hand deliver and file one paper copy of its motion for summary judgment, along with one set of paper copies of the exhibits to the Clerk of the Court, who is instructed to accept the papers for filing; and

(c) On that same business day, LGP will also deliver to chambers for Judge Daniel 3 compact discs which contain both a copy of the motion for summary judgment and images of the exhibits for the motion. LGP will additionally provide copies of identical compact discs to all parties to this action.

Dated this 9th day of October, 2009.