**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: December 7, 2010 |
| E.C.R./Reporter: Therese Lindblom | |

Civil Action No: **07-cv-01723-WYD-CBS**      Counsel:

**LARIVIERE, GRUBMAN, AND PAYNE, LLP**,                John R. Mann
                                                      Miles L. Buckinham
                                                      Herbert A. Delap

      Plaintiff,

v.

**EDWARD H. PHILLIPS, et al.**,                      Shelley B. Don
                                                      Mark E. Saliman

      Defendants.

**COURTROOM MINUTES**

**MOTION HEARING**

**2:31 p.m.**     Court in Session

              APPEARANCES OF COUNSEL.

              Court's opening remarks.

              Plaintiff's Motion for Summary Judgment [doc. #322], filed October 13, 2009, is raised for argument.

2:34 p.m.     Argument by Plaintiff (Mr. Mann).

3:28 p.m.     Argument by Defendants (Mr. Don).

3:42 p.m.     Argument by Plaintiff (Mr. Mann).

3:55 p.m.     Argument by Defendants (Mr. Don).

| | |
|---|---|
| 3:56 p.m. | Argument by Plaintiff (Mr. Mann). |
| 4:02 p.m. | Argument by Defendants (Mr. Don). |
| 4:03 p.m. | Argument by Plaintiff (Mr. Mann). |
| **ORDERED:** | Plaintiff's Motion for Summary Judgment [doc. #322], filed October 13, 2009, is **DENIED IN PART and DEFERRED IN PART.** |
| | Court indicates a written order shall follow. |
| **4:08 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:   1:37**