**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  07-cv-01723-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   February 10, 2011** | **Courtroom Deputy:**  Linda Kahoe |

LaRIVIERE, GRUBMAN & PAYNE, LLP,                Herbert Anthony Delap
                                                                              Miles Leachman Buckingham
          Plaintiff/Counter Defendant,

          v.

EDWARD H. PHILLIPS,                                           Mark Enger Saliman
                                                                              Shelley B. Don
          Defendant/Counter Claimant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in session:       9:59 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Defendant Edward H. Phillips' Motion Regarding Scheduling Issues Pursuant to Magistrate Judge's December 29, 2010, Order, doc #[449], filed 1/7/2011.

Mr. Don presents arguments.

Mr. Buckingham presents arguments.

**ORDERED:**   All fact depositions must be completed by **MARCH 31, 2011.**  Defendant/Counter Claimant must designate experts by **APRIL 29, 2011.**  Plaintiff/Counter Defendants must designate rebuttal experts by **MAY 31, 2011.**  All discovery must be completed by **JUNE 15, 2011.**  The court is not inclined to change these deadlines.

**ORDERED:**   A Final Pretrial Conference is set for **AUGUST 18, 2011 at 9:15 a.m.**  A Proposed Final Pretrial Order is due on or before **AUGUST 11, 2011.**

**ORDERED:**   Defendant Edward H. Phillips' Motion Regarding Scheduling Issues Pursuant to Magistrate Judge's December 29, 2010, Order, doc #[449], is **DENIED AS MOOT.**

Discussion regarding written discovery.

Discussion regarding the Affidavit of Mr. Phillips.

**ORDERED:** The court will allow counsel for Plaintiff/Counter Defendant to question Mr. Phillips on the content of the Affidavit, and on those lines of inquiry that were foreclosed by the court's previous Protective Order.  Mr. Phillips' deposition will take place in Magistrate Judge Shaffer's jury deliberation room.  Counsel shall contact chambers to reserve the jury deliberation room.  Mr. Phillips' deposition is limited to 4 hours.

Discussion regarding confidential documents in the Boulder action.

**ORDERED:** Counsel shall hold a Rule 7.1 conference.  Counsel shall contact chambers by **NOON on Monday, FEBRUARY 14, 2011**, and advise the court that either: (1) counsel have agreed in writing how they will go forward, or (2) an issue remains and request that a discovery conference be set.

HEARING CONCLUDED.

**Court in recess**:     **10:49 a.m.**
Total time in court:    00:50

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.