IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 07-CV-01723-WYD-CBS

LARIVIERE, GRUBMAN & PAYNE, LLP,

Plaintiff,

v.

EDWARD H. PHILLIPS,

Defendant.

_____

**ORDER RE: DEFENDANT EDWARD H. PHILLIPS' MOTION FOR ORDER TO ISSUE SUBPOENA TO DONALD R. MOLLICK PURSUANT TO 28 U.S.C. § 1783**
_____

THIS MATTER is before the Court on Defendant Edward H. Phillips' Motion for Order to Issue Subpoena to Donald R. Mollick Pursuant to 28 U.S.C. § 1783 (*doc # 479*), filed February 23, 2011. THE COURT finds that Phillips has satisfied his burden under 28 U.S.C. §1783, and IT IS HEREBY ORDERED that the instant Motion is GRANTED. Phillips' counsel is authorized to issue a Subpoena for Donald Mollick (with estimated necessary travel and attendance expenses in the amount of $80.00) to appear and give deposition testimony in this case in Ottawa, Ontario, Canada.

DATED at Denver, Colorado this 28th day of February, 2011.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge