IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01723-WYD-CBS

LARIVIERE, GRUBMAN & PAYNE, LLP, a California limited liability partnership,

    Plaintiff,

v.

EDWARD H. PHILLIPS, an individual;

    Defendant.

and

EDWARD H. PHILLIPS,

    Counterclaimant

v.

LARIVIERE, GRUBMAN & PAYNE, LLP, a California limited liability partnership,

    Counterclaim Defendant.

**ORDER**

On March 16, 2011, a Stipulation for Dismissal With Prejudice was filed that seeks dismissal of the complaint and all claims against Defendants M. Shane Edgington and Hensley, Kim & Edgington, LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulation for Dismissal With Prejudice is **APPROVED IN PART AND DENIED IN MOOT IN PART**.  It is **DENIED AS MOOT** to the extent it seeks dismissal of Defendants M. Shane Edgington and Hensley, Kim & Edgington, LLC as

they were previously dismissed from the case by Order of March 31, 2010. The Stipulation is **APPROVED** to the extent it requests that the record reflect that the dismissal of M. Shane Edgington and Hensley, Kim & Edgington, LLC is with prejudice, the parties to pay their own attorney fees and costs.

Dated: May 16, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge