IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01723-WYD-CBS

LARIVIERE, GRUBMAN & PAYNE, LLP, a California limited liability partnership,

    Plaintiff,

v.

EDWARD H. PHILLIPS, an individual;

    Defendant.

and

EDWARD H. PHILLIPS,

    Counterclaimant

v.

LARIVIERE, GRUBMAN & PAYNE, LLP, a California limited liability partnership,

    Counterclaim Defendant.

---

### ORDER RE: PHILLIPS' AND LPG'S JOINT MOTION TO AMEND FINAL JUDGMENT

---

THIS MATTER comes before the Court on Phillips' and LGP's Joint Motion to Amend Final Judgment filed September 19, 2011. The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the Motion to Amend Final Judgment (ECF No. 508) is **GRANTED**. In accordance therewith, the Clerk of Court shall amend or correct that portion of the Final Judgment addressing LGP's claims against Phillips by deleting the

paragraph ordering the accrual of post-judgment interest on LGP's $1,072,227.00 judgment.

Dated: September 19, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE