IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01723-WYD-CBS

LARIVIERE, GRUBMAN & PAYNE, LLP, a California limited liability partnership,

    Plaintiff,

v.

EDWARD H. PHILLIPS, an individual;

    Defendant.

and

EDWARD H. PHILLIPS,

    Counterclaimant

v.

LARIVIERE, GRUBMAN & PAYNE, LLP, a California limited liability partnership,

    Counterclaim Defendant.

## ORDER AWARDING COSTS

THIS MATTER comes before the Court on the Parties Stipulation on Defendants Duane Morris, LLP, John C. Herman, and Allen L. Greenberg's (collectively "Duane Morris Parties") Bill of Costs filed March 21, 2012.  The Court, having reviewed the Stipulation, and being fully advised in the premises,

ORDERS that the Stipulation filed by the Parties in this matter (ECF No. 528) is **APPROVED**.  Consistent therewith, it is

ORDERED that Plaintiff LaRiviere, Grubman & Payne, LLP shall pay to the Duane Morris Parties reasonable costs in the amount of $6,000.00 pursuant to Fed. R. Civ. P. 54(d)(1).

Dated: March 21, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge